AO 450 (Rev. 5/85)

AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHENEA TORREY, o/b/o, C.M., minor child,<br>    Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:13-CV-766-D** |

**Decision by the Court.**

  IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on July 28, 2014, that the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 28, 2014**, AND A COPY MAILED TO:

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)

July 28, 2014             JULIE A. RICHARDS, Clerk
Date                *Eastern District of North Carolina*

                   /s/ Susan W. Tripp
*New Bern, North Carolina*          *(By) Deputy Clerk*