IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-cv-766-D

| | |
|---|---|
| Shenea Torrey o/b/o, ) | |
| C.M., minor child ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER for Attorney's Fees |
| Carolyn W. Colvin, ) | Under Equal Access to Justice |
| ) | Act, 42 U.S.C. §2412 |
| Acting Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

It is hereby ordered that the Commissioner of Social Security pay to the Plaintiff's Attorney the sum of $1767.50 in full satisfaction of all claims arising under EAJA, 28 U.S.C. § 2412(d).

This, the **12** day of **November**, 2014.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE